# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 757 MAL 2016
: 
           Respondent   :
:   Petition for Allowance of Appeal from
:   the Order of the Superior Court
         v.   :
:
:
HISHAMU CURRY,   :
:
           Petitioner   :


## ORDER


**PER CURIAM**

    **AND NOW**, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.